CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/8/2026
```

May 7, 2026

Via ECF
Hon Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Nunez v Commissioner
       26 Civ. 1067 (KHP)

Dear Judge Parker:

I am writing to request an extension of time in which to file plaintiff's Brief in the above Social Security action.   Plaintiff's Brief is currently due on Monday, May 11, 2026 (i.e., 30 days after the filing of the Certified Administrative Record).  This is plaintiff's first request and is made with consent of opposing counsel.

I seek a thirty-day extension of time due to the length of the record and outstanding commitments in other cases that have complicated my ability to complete review of Ms. Nunez's case. With the consent of opposing counsel, Fergus J. Kaiser, I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| June 11, 2026 | Plaintiff's Brief |
| August 10, 2026 | Defendant's Brief |
| August 31, 2026 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:    Fergus J. Kaiser, Esq,
       Attorney for Defendant

APPLICATION GRANTED

Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.                5/8/2026