CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:___6/12/2026___           │
└─────────────────────────────────────┘
```

June 11, 2026

Via ECF
Hon Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Nunez v Commissioner
       26 Civ. 1067 (KHP)

Dear Judge Parker:

I am writing to request an extension of time in which to file plaintiff's Brief in the above Social Security action. Plaintiff's Brief is currently due to be filed today, and this is plaintiff's second request for an extension of time.

Due to several client matters that have unexpectedly taken more time that I could have anticipated and several cases coming due simultaneously in the same week, I have been unable to properly prepare Ms. Nunez's case for filing today. I apologize to the Court and opposing counsel for the multiple requests and the burden on your schedules. With the kind consent of opposing counsel, Fergus Kaiser, I respectfully request an extension of time and jointly request that the Court adopt the following revised briefing schedule:

| | |
|---|---|
| June 19, 2026 | Plaintiff's Brief |
| August 21, 2026 | Defendant's Brief |
| September 11, 2026 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:    Fergus J. Kaiser, Esq,
       Attorney for Defendant

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.    6/12/2026