CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 929-1700
CJB-8865
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZULMA NUNEZ,<br>Plaintiff,<br>-*against*-<br>,<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | NOTICE OF FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 2412<br>1:26-cv-1067 (KHP) |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated November 15, 2026, plaintiff will move this Court before Honorable Katherine H. Parker, United States Magistrate Judge presiding, at the United States Courthouse, Eastern District of New York, 500 Pearl Street, New York, New York, 10007, on submission, for an order, on submission, for an order:

(1) Accepting plaintiff's application for reasonable attorney’s fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

(2) Granting plaintiff leave to defer filing a memorandum of law in support of her application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

(3) for such other and further relief as this Court may deem just and proper.

Dated: Shoreham, New York
November 15, 2026

APPLICATION GRANTED

Katharine H Parker 11/16/2026

Hon. Katharine H. Parker, U.S.M.J.

The Court Accepts Plaintiff's Motion as timely. Plaintiff's Memorandum of Law in support of her motion for fees is due by **January 15, 2027.**

Respectfully submitted,

*/s/Christopher James Bowes*

CHRISTOPHER JAMES BOWES, ESQ.
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 979-1700
CJB-8865
Attorney for Plaintiff

To: Fergus Kaiser, Esq.
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore NY 20235
Attorneys for Defendant